```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

NORMAN PAUL TRAHAN                                CIVIL ACTION

VERSUS                                            NO.  14-1068

FEDERAL BUREAU OF INVESTIGATION,                  SECTION:  J
ET AL

**O R D E R**

The Court, having considered the *Complaint*, the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 7)**, and the failure of any party to file a timely objection, hereby **APPROVES** the *Report and Recommendation* of the United States Magistrate Judge and adopts it as its opinion in this matter.

Additionally, the Court has received Plaintiff's letter, filed June 23, 2014 **(Rec. Doc. 8)**, which the Court construes as an additional *Motion for Leave to Proceed in Forma Pauperis*.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Complaint* **(Rec. Doc. 1)**, insofar as it can be construed as a request for habeas corpus relief, is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Amend*

*Complaint* to add claims under the Whistleblower Protection Act and the Federal Tort Claims Act **(Rec. Doc. 6)** is hereby **GRANTED.**

   **IT IS FURTHER ORDERED** that Plaintiff's claims under Section 1983, the Whistleblower Protection Act, and the Federal Tort Claims Act are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

   **IT IS FURTHER ORDERED** that Plaintiff's *Motions for Docket Number and In Forma Pauperis Status* **(Rec. Docs. 5 & 8)** are hereby **DENIED AS MOOT** because Plaintiff's case was duly given a docket number at the time it was allotted and Plaintiff's application to proceed *in forma pauperis* was granted on May 14, 2014 **(Rec. Doc. 3)**.

   **IT IS FURTHER ORDERED** that Plaintiff's *Motion to Seal Case* **(Rec. Doc. 4)** is hereby **DENIED** for the reasons provided by the United States Magistrate Judge, and the record of this proceeding shall be **UNSEALED.** Plaintiff's related requests for copies to be made of alleged death threats are hereby **DENIED.**

   New Orleans, Louisiana, this 14th day of July, 2014.

   _____
   CARL J. BARBIER
   UNITED STATES DISTRICT JUDGE